IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00587-RPM-BNB

ROXANNE M. CUNNINGHAM,

    Plaintiff,

v.

PROTOCOL RECOVERY SERVICE, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [10] filed May 3, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

    DATED: May 4th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge